1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
12   **ANDRES P. CASTILLO,**                    Case No. C 13-0959 YGR (PR)

                                    Petitioner,   **ORDER**
13
14                    **v.**

15   **TIM PEREZ, Acting Warden,**
16                                   Respondent.
17

18        GOOD CAUSE being shown, the Court hereby grants respondent's request for an

19   enlargement of time to and including **April 11, 2014**, in which to file and serve a response to the

20   petition for writ of habeas corpus.

21        IT IS SO ORDERED.

22
     Dated:  March 3, 2014
23                                          The Honorable Yvonne Gonzalez Rogers
24                                          United States District Judge

25
26
27
28

                                    1